No. 219, Misc. RUTH *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 220, Misc. MITCHELL *v.* KENTUCKY. Court of Appeals of Kentucky. Certiorari denied.

No. 221, Misc. DI GIOVANNI *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *T. Emmett McKenzie* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 222, Misc. WYERS ET AL. *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 223, Misc. BISHOP *v.* MARONEY, ACTING WARDEN. Supreme Court of Pennsylvania, Middle District. Certiorari denied.

No. 226, Misc. LISTER *v.* McLEOD, WARDEN. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 228, Misc. SMITH *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Third Judicial Department. Certiorari denied.

No. 229, Misc. WILLIAMS *v.* DELMORE, WARDEN. Supreme Court of Washington. Certiorari denied.

No. 232, Misc. BUCHANAN *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.